**Opinion issued August 28, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00095-CR

———————————

## IN RE JONATHAN PERKINS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

By petition for writ of mandamus, relator, Jonathan Perkins, challenges the trial court's failure to rule on his pro se motion to dismiss his court-appointed attorney and appoint new counsel.[1]

---

[1] The underlying case is *The State of Texas v. Jonathan Perkins*, No. 1316854, in the 339th District Court of Harris County, the Honorable Maria T. Jackson presiding.

We **deny** the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bland, Massengale, and Brown.

Do not publish.   TEX. R. APP. P. 47.2(b).